1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  17802 Irvine Blvd.
   Suite 117
3  Tustin, CA 92780
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  HOANG MINH LE
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | HOANG MINH LE, an individual | ) Case No.:  5:17-cv-00885-JGB-DTB
12 |             Plaintiff, | ) **NOTICE OF CONDITIONAL SETTLEMENT**
13 |             vs. |
14 | LAVERNE PLAZA LLC, a limited liability company, |
15 |             Defendants. | ) [Hon. Jesus G. Bernal presiding]

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. Plaintiff will file a dismissal within 60 days.

ASCENSION LAW GROUP, PC

DATE: July 27, 2017

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Hoang Minh Le